IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cr-13-MEF |
| | ) | |
| SHEENA MARIE GONSALVES | ) | |

# **O R D E R**

Upon consideration of the government's Motion for Leave to Dismiss Indictment without Prejudice (Doc. #32) filed on May 24, 2010, it is hereby

ORDERED that the indictment against Sheena Marie Gonsalves is dismissed without prejudice..

DONE this the 27th day of May, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE